1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN CORRAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>　　　　Defendants. | Case No.: 1:21-cv-00822-DAD-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND ORDERING THE COMPLAINT TO BE DISMISSED WITH LEAVE TO AMEND<br><br>(Doc. No. 3) |

　　　　John Corral seeks to proceed *pro se* and *in forma pauperis* in this action against the California Highway Patrol and named officers based on an incident that allegedly occurred on June 5, 2019. (*See* Doc. No. 1.) On June 3, 2021, the assigned magistrate judge issued findings and recommendations recommending that the complaint be dismissed with leave to amend, plaintiff's motion to proceed *in forma pauperis* be denied, and plaintiff be required to pay the required filing fee at the time of filing the first amended complaint. (Doc. No. 3.) The findings and recommendations were served on plaintiff and contained notice that objections were due within thirty days. (*Id*. at 6.) No objections have been filed to the pending findings and recommendations, and the deadline to do so has now passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly:

1. The findings and recommendations dated June 3, 2021 (Doc. No. 3) are adopted in full;
2. Plaintiff's complaint is dismissed with leave to amend;
3. Plaintiff's motion to proceed *in forma pauperis* is denied; and
4. Plaintiff is granted thirty days from the date of service of this order to file a first amended complaint and pay the required filing fee at the time of filing the first amended complaint.

IT IS SO ORDERED.

Dated:   **August 8, 2021**

UNITED STATES DISTRICT JUDGE