UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CORRAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-00822-DAD-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDERS<br><br>(Doc. No. 6) |

Plaintiff John Corral, proceeding *pro se*, initiated this civil action on May 20, 2021. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 26, 2021, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to plaintiff's failure to obey court orders and failure to prosecute this action. (Doc. No. 6.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 4.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on October 26, 2021 (Doc. No. 6) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to obey court orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**December 6, 2021**__                              /s/ Dale A. Drozd
                                                            UNITED STATES DISTRICT JUDGE